THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DON JUAN WILLIAMS, Defendant-Appellant.

(No. 56804;

First District (5th Division)—December 22, 1972.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Stanley Sacks and Thaddeus L. Kowalski, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, Zenon Forowycz, and John DeRose, Assistant State's Attorneys, of counsel,) for the People.